NO. SCMF-12-0000538

SUPREME COURT OF THE STATE OF HAWAIʻI

_____

In the Matter of the
FEBRUARY 2017 EXAMINATION FOR ADMISSION
TO THE BAR OF THE STATE OF HAWAIʻI

_____

NOTICE OF PASSING THE HAWAIʻI BAR EXAMINATION

The applicants listed below are hereby notified that each has passed the

February 2017 Hawaiʻi examination for admission to the Bar of the State of Hawaiʻi, as

required by Rule 1.3(g)(1) of the Rules of the Supreme Court of the State of Hawaiʻi

(RSCH):

| | |
|---|---|
| Heipua Maija Ah Loy | Brittany Lynn Grunau |
| Semmes Hill Bobo | Hailialoha Dawn Hopkins |
| Cody Glenn Bowman | Daniel Anthony Joseph Hugo |
| John Chesley Burruss | Blair Ralph Jackson |
| Kevin Charles Canty | Joshua Caleb James |
| Maria Florencia Casavilla | Jeannin-Melissa Kapuakawekiu |
| Rhiannon Renee Tereariʻi Panlasigui | Russo Jeremiah |
| Chandler-'Iao | Steven Dennis Johnson |
| David Yi Chen | Kenneth Scott Kasdan |
| Ashley Chamonis Chinen | Christine Jo Kim |
| Justine May Chmielewski | Kei Kitatani |
| Loan Thi Dao | Stephanie Yeun Kwun Lee |
| David Russell Denton | Marker Ellsworth Lovell, Jr. |
| Jason Alexander Economou | John Andrew Mannle |
| Nicole Chieko Edwards-Masuda | Carolina Monserrat Miranda Constanzo |
| Jasmine Maria Fisher | Linda Anne Monica |
| Sean Patrick Fitzsimmons | Michael Moskowitz |
| James Clark Glenn, IV | Gerard Stephen Murphy |
| Brenda Hustis Gotanda | Alyssa Mariko Nafarrete |

-1-

Masaki Nakayama
Semira Noelani Nikou
Eileen Munnig Schmidt Nims
John Timothy O'Connell
James Takeshi Ogiwara
Shannon Bomie Pae
Noah Kila Peterson
Timothy Joseph Rodes
Rebecca Michelle Salwin
Julie Ann Sparks

Sol Sung
Michelle Phuong My Tran
Molly Sarah Turpin
James Edward Wager-Smith
Margaret LeAnn Webster
Christian Wellisch
Nathan Alexander Wersal
Keyra Kelia Wong
Jennifer Marie Young

Each applicant is reminded that, until he or she has met all other requirements as set forth in RSCH Rule 1.3, and has been admitted to practice law by the Supreme Court of the State of Hawaiʻi, that applicant may <u>not</u> engage in the practice of law in this jurisdiction.

DATED:  Honolulu, Hawaiʻi, April 28, 2017.

BOARD OF EXAMINERS

By:     /s/ Rochelle R.T. Kaui
        Its Secretary



-2-